STATE v. FIE

No. 389A86.

Case below: 80 N.C. App. 577.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied as to additional issues 12 August 1986.

STATE v. HAMBY AND SHOUN

No. 458P86.

Case below: 81 N.C. App. 680.

Petition by defendant (Hamby) for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986. Motion by the State to dismiss appeal for lack of substantial constitutional question allowed 12 August 1986. Petition by defendant (Shoun) for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986. Motion by the State to dismiss the appeal for lack of substantial constitutional question allowed 12 August 1986.

STATE v. HARVERSON

No. 389A86.

Case below: 80 N.C. App. 577.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied as to additional issues 12 August 1986.

STATE v. HINES

No. 328P86.

Case below: 80 N.C. App. 560.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.